[No. 20946–9–I.  Division One.  June 20, 1988.]

PATRICK KINNEY, *Appellant,* v. FOSS LAUNCH & TUG COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 84–2–02989–5, Stuart C. French, J., entered August 13, 1987. *Affirmed* by unpublished opinion

per Williams, J., concurred in by Scholfield, C.J., and Swanson, J.